1  AKERMAN SENTERFITT LLP
   DONALD M. SCOTTEN (CA SBN 190532)
2  Email: donald.scotten@akerman.com
   725 South Figueroa Street, 38th Floor
3  Los Angeles, California 90017-5433
   Telephone: (213) 688-9500
4  Facsimile:  (213) 627-6342

5  AKERMAN SENTERFITT LLP
   JUSTIN D. BALSER (CA SBN 213478)
6  Email: justin.balser@akerman.com
   The Kittredge Building
7  511 Sixteenth Street, Suite 420
   Denver, Colorado 80202
8  Telephone: (303) 260-7712
   Facsimile: (303) 260-7714
9
   Attorneys for Defendant
10 AURORA LOAN SERVICES LLC

11               UNITED STATES DISTRICT COURT

12               EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  CAMERON LAWRENCE AND MARION SINGER, | Case No.: 1:09-CV-01598<br>Hon. Dennis L. Beck |
| 14  Plaintiffs, | |
| 15  | **STIPULATION TO CONTINUE HEARING DATE FOR PLAINTIFFS' MOTION TO REMAND** |
| 16  v. | |
| 17  AURORA LOAN SERVICES LLC, a Delaware limited liability company; CAL-WESTERN RECONVEYANCE CORPORATION, a California corporation; and DOES 1 through 100, inclusive | Motion To Remand Filed: October 9, 2009<br>Current Response Date:  November 3, 2009<br>Current Hearing Date: November 20, 2009<br>Trial Date: None |
| 18 | |
| 19 | |
| 20  Defendants. | |

22 **TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

23       **WHEREAS,** plaintiffs Cameron Lawrence and Marion Singer have noticed a motion to remand this action to state court for November 20, 2009; and

25       **WHEREAS,** Local Rule 78-230(c) requires defendant Aurora Loan Services LLC (**Aurora**) to oppose this motion no later than November 3, 2009, if such opposition is served electronically; and

{DN011234;1}                                    1                                    *Case No. 2:09-cv-1598-LJO-DlB*

**STIPULATION TO CONTINUE HEARING DATE FOR PLAINTIFFS' MOTION TO REMAND**

**WHEREAS,** the parties are engaged in settlement negotiations that may fully dispose of all issues in the above-captioned litigation; and

**WHEREAS,** the parties have already stipulated to extend Aurora's time to answer or otherwise respond to the first amended complaint to November 23, 2009; and

**WHEREAS,** it is in the interests of the litigants and the Court to avoid litigating issues that may become moot as a result of the contemplated settlement; and

**WHEREAS,** it more than five days before the noticed hearing date as required by Local Rule 78-230(g);

**WHEREAS**, the parties stipulate that Aurora shall have until December 7, 2009 to file its response to the first amended complaint;

**WHEREAS,** the parties stipulate that in the event Aurora files a motion to dismiss as to the first amended complaint, when filed, it shall be set for hearing on January 29, 2010, the court's calendar permitting;

**WHEREAS,** the parties request that the deadline to submit the opposition and reply papers be based on the continued hearing date for the motion to remand;

**NOW THEREFORE**, the parties stipulate and jointly respectfully request that the Court continue the hearing on the motion to remand and set the hearing on Aurora's to be filed motion to dismiss for January 29, 2010, the court's calendar permitting.

Dated: November 9, 2009          Respectfully submitted,

**AKERMAN SENTERFITT LLP**

By: */s/ Justin D. Balser*
        Justin D. Balser
Attorneys for Defendant
AURORA LOAN SERVICES LLC

**MATTEONI, O'LOUGHLIN & HECHTMAN**

By: */s/ Bradley M. Matteoni\**
        Bradley M. Matteoni
Attorney for Plaintiffs
CAMERON LAWRENCE and MARION SINGER
(*e-signature approved via email)

# ORDER

For good cause appearing, the parties' stipulation is approved. The Court continues the hearing on the motion to remand filed by plaintiffs to January 29, 2010. In addition, Aurora shall have up to and including December 7, 2009 to respond to the first amended complaint. The Court's calendar permitting, the hearing on Aurora's to be filed motion to dismiss may be set for January 29, 2010. All response dates to the motions shall be based on the January 29, 2010 hearing date.

The Court may in its sole discretion alter the briefing schedule and hearing dates for the motions described in this stipulation and order.

IT IS SO ORDERED.

Dated:   **November 9, 2009**              /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE