1  AKERMAN SENTERFITT LLP
   DONALD M. SCOTTEN (CA SBN 190532)
2  Email: donald.scotten@akerman.com
   725 South Figueroa Street, 38th Floor
3  Los Angeles, California 90017-5433
   Telephone: (213) 688-9500
4  Facsimile:  (213) 627-6342

5  AKERMAN SENTERFITT LLP
   JUSTIN D. BALSER (CA SBN 213478)
6  Email: justin.balser@akerman.com
   The Kittredge Building
7  511 Sixteenth Street, Suite 420
   Denver, Colorado 80202
8  Telephone: (303) 260-7712
   Facsimile: (303) 260-7714
9
   Attorneys for Defendant
10 AURORA LOAN SERVICES LLC

11                UNITED STATES DISTRICT COURT

12                EASTERN DISTRICT OF CALIFORNIA

13 | CAMERON LAWRENCE AND          | Case No.: 1:09-CV-01598
   | MARION SINGER,                | Hon. Dennis L. Beck
14 |                               |
   |         Plaintiffs,           |
15 |                               | **STIPULATION TO CONTINUE
   |                               | SCHEDULING CONFERENCE
16 | v.                            | AND ORDER**
17 |                               |
   | AURORA LOAN SERVICES LLC, a   |
18 | Delaware limited liability company; CAL-
   | WESTERN RECONVEYANCE
19 | CORPORATION, a California corporation;
   | and DOES 1 through 100, inclusive
20 |                               |
   |         Defendants.           |
21

22 **TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

23     **WHEREAS,** the Court has set a scheduling conference for December 3, 2009;

24     **WHEREAS,** the parties are engaged in settlement negotiations that may fully

25 dispose of all issues in the above-captioned litigation; and

26     **WHEREAS,** the parties have already stipulated to continue all pending hearings

27 to January 29, 2009 to allow for those settlement discussions to finalize;

28

{DN011965;1}                           1                    *Case No. 2:09-cv-1598-LJO-DlB*

**STIPULATION TO CONTINUE HEARING DATE FOR PLAINTIFFS' MOTION TO REMAND**

**WHEREAS,** it is in the interests of the litigants and the Court to avoid litigating issues that may become moot as a result of the contemplated settlement; and

**WHEREAS,** it more than five days before the noticed hearing date as required by Local Rule 78-230(g);

**WHEREAS**, the parties stipulate that the scheduling conference be continued to January 29, 2009;

**NOW THEREFORE**, the parties stipulate and jointly respectfully request that the Court continue the scheduling conference current set for December 3, 2009 to January 28, 2010 at 9:45 am.

Dated: November 30, 2009    Respectfully submitted,

**AKERMAN SENTERFITT LLP**

By: */s/ Justin D. Balser*
    Justin D. Balser
Attorneys for Defendant
AURORA LOAN SERVICES LLC

**MATTEONI, O'LOUGHLIN & HECHTMAN**

By: */s/ Bradley M. Matteoni\**
    Bradley M. Matteoni
Attorney for Plaintiffs
CAMERON LAWRENCE and MARION SINGER
(*\*e-signature approved via email*)

**ORDER**

For good cause appearing, the parties' stipulation is approved. The Court continues the scheduling conference to January 28, 2010 at 9:45 a.m.

IT IS SO ORDERED.

Dated: __November 30, 2009__             _____/s/ Dennis L. Beck_____
                                             UNITED STATES MAGISTRATE JUDGE